# Court of Appeals
# of the State of Georgia

ATLANTA, _September 10, 2014_

*The Court of Appeals hereby passes the following order:*

**A15A0073. DARREN PETTY v. THE STATE.**

On April 14, 2011, Darren Petty pled guilty to multiple counts of theft by receiving. Petty filed a notice of appeal from his sentence on June 30, 2014. We lack jurisdiction.

OCGA § 5-6-38 (a) requires that a notice of appeal be filed within 30 days of entry of the order on appeal. The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Rocha v. State*, 287 Ga. App. 446, 447 (1) (a) (651 SE2d 781) (2007). Here, Petty filed his notice of appeal over three years after entry of the order he seeks to appeal. Accordingly, Petty's appeal is untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* _09/10/2014_
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*